

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 CASE NO.:

TERRY KILPATRICK                                              16-13992-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (Dkt. #39)

THIS MATTER came before the Court on Trustee's Motion to Dismiss (Dkt. #39) (the "Motion") and response thereto filed by the Debtor (Dkt. #40). Upon agreement of the parties,

IT IS ORDERED that:

1.   The Motion shall be and is hereby denied.

2.   The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #37).

3.   The post-petition mortgage payment arrears through August 2018 shall be cured over the remaining term of the Confirmed Plan. The amount necessary to cure such arrears shall be disbursed by Trustee together with the continuing monthly payment.

4. This Agreed Order shall not become final for a period of 21 days, giving the affected creditor(s) an opportunity to object to the entry of same.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Jimmy E. McElroy
JIMMY E. McELROY
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645