_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re

LINDA STEWART

Debtor

Case No: 18-14416-JDW

Chapter: 13

### AGREED ORDER ON MOTION TO LIFT STAY BY AF TITLE CO. D/B/A AMERICAN FINANCIAL (DKT. NO. 55) AND RESPONSE OF DEBTOR TO MOTION TO LIFT STAY (DKT. NO. 58)

Pursuant to the agreement of the parties, the Motion of AF Title Co. d/b/a American Financial, for relief form the automatic stay of 11 U.S.C. §362, be and is hereby granted. The stay is lifted to allow AF Title Co. to proceed with their remedies pursuant to their lease agreement regarding the 2013 Dodge Avenger SE, VIN 1C3CDZAB5DN643379, and Rule 4001 provisions are waived. The Chapter 13 Trustee shall prepare payment orders or make other plan modifications necessary to effectuate this order.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that the Motion for Relief from the Automatic Stay is granted as to the following property:

2013 Dodge Avenger SE, VIN 1C3CDZAB5DN643379

**##END OF ORDER##**

APPROVED:

/s/ Brittan W. Robinson
BRITTAN WEBB ROBINSON (103065)
Attorney for Creditor
150 Court Avenue
Memphis, Tennessee 38103
(901) 528-1111

/s/ John Hughes
_____
John F. Hughes
Attorney for Debtor

/s/ Melanie Vardaman
_____
Attorney for Chapter 13 Trustee


18-00339-0